UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE VANG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL McDONALD, Warden,<br><br>　　　　Respondent. | 1:11-cv-00245 MJS HC<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR COURT TO ISSUE AN ORDER TO SHOW CAUSE<br><br>(Doc. 4) |

　　　　Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On February 14, 2011, Petitioner filed a motion for the Court to order Respondent to file a response to the petition. (Mot., ECF No. 4.) The Court having screened the petition, will grant the motion.

　　　　Petitioner further requests the opportunity to file a traverse to Respondent's answer. As discussed in the briefing schedule of the separate order, Petitioner shall be entitled to file a traverse as requested.

　　　　Finally, Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir.

1  1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at
2  any stage of the case if "the interests of justice so require." <u>See</u> Rule 8(c), Rules Governing
3  Section 2254 Cases. In the present case, the Court does not find that the interests of justice
4  require the appointment of counsel at the present time.
5      Accordingly, IT IS HEREBY ORDERED that Petitioner's request for the Court to order
6  Respondent to file a response will be granted. It is FURTHER ORDERED that Petitioner's
7  request for appointment of counsel is denied.

9  IT IS SO ORDERED.
10 Dated:   July 12, 2011           /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE